**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01483-CV

**GABRIEL AGUINAGA, SAN JUANA GONZALEZ-AGUINAGA AND/OR ALL OTHER OCCUPANTS OF 233 LOS CABOS DRIVE, DALLAS, TX 75232, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05039-E**

## ORDER

The Court **REINSTATES** this case. The Court has twice requested a status report from the parties, but none has been filed. The Court **ORDERS** the parties to file a status report on this case within ten days. If the parties do not do so, this appeal will be dismissed.

/s/     ELIZABETH LANG-MIERS
          JUSTICE